IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELA D. NAILS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 21-1267-VAC |
| BUDDHA POWER STORE, | : |
| Defendant. | : |

**ORDER**

At Wilmington this 27th day of July, 2022;

The complaint in the above-captioned case having been filed on September 3, 2021, and following the failure of Defendant to return an executed "Waiver of Service of Summons" form and Plaintiff's failure to request issuance of summons for Defendant within thirty days, as ordered by the Court in its May 10, 2022 order (*See* D.I. 8);

IT IS ORDERED that the Complaint is DISMISSED without prejudice for Plaintiff's failure to serve process within 90 days of filing the Complaint as required by Fed. R. Civ. P. 4(m). The Clerk of Court is directed to CLOSE the case.

_____
Chief Judge